UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA BOJORQUEZ ACOSTA,

           Plaintiff,

   v.

CONNIE NOLAN, et al.,

           Defendants.

Case No. C23-0696-JLR

REPORT AND RECOMMENDATION

Because it appears Plaintiff has financial resources allowing for payment of the Court's filing fee, the Court recommends the application to proceed *in forma pauperis*, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $402.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.

If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.[1]

Dated this 16th day of May, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Under *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998), a plaintiff is not entitled to file written objections to a magistrate judge's recommendation that the plaintiff's application to proceed *in forma pauperis* be denied.