1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

BRENDA BOJORQUEZ ACOSTA,

9

       Plaintiff,

CASE NO. C23-0696-JLR

10

  v.

11

CONNIE NOLAN, et al.,

ORDER DENYING IN FORMA
PAUPERIS REQUEST

12

       Defendants.

13

14

   The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (IFP), the

15

Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the

16

remaining record, does hereby find and ORDER:

17

   (1)  The Court adopts the Report and Recommendation;

18

   (2)  Plaintiff's IFP application is DENIED.  Plaintiff is directed to pay the full filing fee

19

of $402.00 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this

20

case will be dismissed;

21

   (3)  The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee

22

is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

23

/ / /

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

1        (4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

2    S. Kate Vaughan.

3        DATED this 16 day of _____ May _____, 2023.

4

5        JAMES L. ROBART
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2